OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1M
0004279596
$ 00.26⁵
OCT 02 2014
MAILED FROM ZIP CODE 78701

PITNEY BOWES

10/1/2014

BUSBY, JOHNATHAN ISAAC  Tr. Ct. No. 1072578-A  WR-82,004-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

RETURN TO SENDER
RELEASED FROM CUSTODY
HARRIS COUNTY SHERIFF'S OFFICE

JOHNATHAN ISAAC BUSBY

8809